UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| The Burlington Insurance Company, | ) |
| Plaintiff(s) | ) |
| vs. | ) Case No. 4:11cv02088 MLM |
| Columbia Mutual Insurance Company, | ) |
| Defendant(s) | ) |

## **ORDER**

The above styled and numbered case was electronically opened on December 1, 2011 and randomly assigned an Eastern Division number.

After a review of the case, the Clerk's Office found that the case was opened incorrectly and should have been assigned a Southeastern Division case number.

IT IS THEREFORE ORDERED that the case has been reassigned to our Southeastern Division and the new case number is 1:11cv00214SNLJ.

Dated this 2nd day of December, 2011.

JAMES G. WOODWARD, CLERK

By: /s/ Karen Moore, Deputy Clerk

**Please note the new case number: 1:11cv00214 SNLJ**.